Carl COPELAND, Plaintiff–Appellant,

v.

CVS PHARMACY, INC.,
Defendant–Appellee.

No. 06–15504.

United States Court of Appeals,
Eleventh Circuit.

May 22, 2007.

John Paul Cross, II, Bette E. Rosenzveig, Cross & Rosenzveig, Decatur, GA, for Plaintiff–Appellant.

Stephen X. Munger, Owen Tai Hill, Jackson Lewis LLP, Atlanta, GA, for Defendant–Appellee.

Before PRYOR, KRAVITCH and ALARCÓN,* Circuit Judges.

PER CURIAM:

After careful consideration of the record and the written and oral arguments of the parties, we conclude that summary judgment was properly granted in favor of CVS. We affirm based on the well-reasoned opinion of the district court and the thorough report and recommendation of the magistrate judge.

**AFFIRMED.**

---

* Honorable Arthur L. Alarcón, United States Circuit Judge for the Ninth Circuit, sitting by designation.